■ Corydon Taylor, Appellant, v. Frank J. Benson, Respondent.— Same decision and like cause of action as in companion case of *Taylor (Margaret)* v. *Benson* (6 A D 2d 858).

■ Ethel Perry, Appellant, v. Bertha Lethgoe, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action by direction of the court, in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ Richard P. Taylor, Appellant, v. Manger Hotels, Incorporated, Rochester, Doing Business as Manger Rochester Hotel, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term for defendant for no cause of action, in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow and Halpern, JJ.

■ In the Matter of the Probate of the Will of Katherine Walther, Deceased. Karolina W. Barnard, Appellant; George Walther, Respondent.— Decree affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree of Onondaga Surrogate's Court denying proponent's motions for a directed verdict and to set aside the verdict as against the weight of evidence, said decree adjudging that the instrument was procured by undue influence and dismissing the petition and denying probate.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ Frank Gerwitz, Respondent, v. Mohawk Truck Rental, Inc., Defendant and Third-Party Plaintiff-Appellant. Gould National Batteries, Inc., Third-Party Defendant.— Motion for reargument or to resubmit motion for leave to appeal to the Court of Appeals upon a certified question of law denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ Valley Sand and Gravel Corporation, Respondent, v. Continental Casualty Company, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the Bar Association of Erie County, Petitioner, against Carlton P. O'Connor, Respondent.— Report of Official Referee confirmed and order entered suspending respondent from practice for a period of two years and thereafter until the further order of the court. All concur. Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ Arthur D. Furst, Jr., Respondent, v. Carolyn Furst, Appellant. — Appeal dismissed for failure to comply with previous order, with $10 motion costs.